# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____ Division

| | |
|---|---|
| Steven Butler Pro se <br><br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> A. Parry 6336 <br> Marion County Sheriffs Officer, <br> Marion County Sheriffs Office <br><br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 5:24-cv-11-MMH-PRL <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Steven Butler |
| Address | 700 R Street #81111 |
| City | Lincoln |
| State | Ne |
| Zip Code | 68501 |
| County | Lancaster County |
| Telephone Number | 561-321-7929 |
| E-Mail Address | constitutionmeu@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | A. Perry 6336 |
| Job or Title (if known) | Marion Country Sherffs Officer |
| Address | 692 N.W. 30th ave |
| City | Ocala |
| State | Fl |
| Zip Code | 34475 |
| County | Marion Country |
| Telephone Number | |
| E-Mail Address (if known) | |

[✔] Individual capacity   [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Marion Country Sherffs Office |
| Job or Title (if known) | Marion Country Sherffs Officer |
| Address | 692 N.W. 30th ave |
| City | Ocala |
| State | Fl |
| Zip Code | 34475 |
| County | Marion Country |
| Telephone Number | |
| E-Mail Address (if known) | |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  *City*   *State*   *Zip Code*

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  *City*   *State*   *Zip Code*

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

  B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
    constitutional rights Amendment 1,4,5,8 section 9 and section 10
    And to be free of unreasonable search

  C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Offer A. Perry # 6336
was informed that that she was violating his constructional rights. And was threatened with Arrest and force if he refused to comply. and then arrested days later.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Offer A. Perry # 6336
was informed that that she was violating his constructional rights. And was threatened with Arrest and force if he refused to comply. and then arrested days later.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Marion county Sheriffs office.
692 N.W. 30th ave
Ocala, Florida 34475

B. What date and approximate time did the events giving rise to your claim(s) occur?
December 9, 2023 approximate time 1:00pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
approximate around November 15th 2023 Plaintiff showed up to the Sheriff to register to avoid being detained. At witch time he told the officers at the counter that the law they was applying to him to was violating his constitutional rights and also informed them that they was violating federal law Sec. 242 title18. Then was threaten with arrest and use of force if he did not comply. Days later plaintiff returned to the sheriffs office to update information when he was arrested for an unconstitutional offense/act of not reporting other peoples automobiles that did not belong to him of other people living/on at the property. the law in question that was enacted 2005 when The plaintiffs offense in question occurred in1995. At the time the Defendant stated that she had a patrol officer go to the property and had Him/Her take photos for other peoples automobiles and ran there plates with out there consent. Plaintiff was jailed at the Marion County and was forced to post a $3000.00 bond and a $300.00 processing fee to secure his freedom. The defendant is continually being predatory investigated.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Defamation of character costing him employment opportunity's and other distress in including mental abuse.
The Plaintiff suffers from some things protected by the ada.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The defendant is seeking punitive damages of $500,000.From each defendant and in addition to that $200,000 to
go to the local ACLU to fight against the abuse of power Issues from each defendant.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 2, 2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Steven Butler Pro se

### B. For Attorneys

Date of signing: Jan 2, 2024

Signature of Attorney: *[signature]*

Printed Name of Attorney: Steven Butler Pro se

Bar Number:

Name of Law Firm:

Address:

City  State  Zip Code

Telephone Number:

E-mail Address: